IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY JACKSON SEELEY,

    Plaintiff,   No. CIV S-06-2710 FCD EFB P

vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

    Defendants.   <u>ORDER</u>

       By order filed November 29, 2006, the above-captioned case was transferred from the United States District Court for the Northern District of California to this court. On December 6, 2006, the undersigned issued an order directing plaintiff to file an application to proceed *in forma pauperis* within thirty days. On December 21, 2006, plaintiff filed a letter to the Clerk of the Court explaining that his filings in the Northern District were not intended to open a new civil rights or habeas corpus case. Instead, he was attempting to send documents to the Special Master in *Plata v. Schwarzenegger*, a case currently pending before the Honorable Thelton E. Henderson in the Northern District of California. The court construes this as a request for voluntary dismissal under Rule 41(a) of the Federal Rules of Civil Procedure. No answer or motion for summary judgment has been filed and there appears to be no reason for dismissal

1  with prejudice.

2  Therefore, it hereby is ORDERED that:

3  1. The Clerk of the Court shall enter plaintiff's voluntary dismissal without prejudice;

4  and

5  2. The Clerk of the Court shall forward a copy of this order and the documents received

6  from the Northern District of California on November 29, 2006 on the following:

    The Honorable Thelton E. Henderson
    United States District Court
     for the Northern District of California
    450 Golden Gate Avenue
    San Francisco, CA  94102

    John Hagar, Special Master
    Box 314
    1819 Polk Street
    San Francisco, CA  94109

DATED: January 19, 2007

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE